**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Pauline Camillo,<br><br>         Plaintiff,<br>v.<br><br>Lustig, Glaser & Wilson, P.C.; and DOES 1-10, inclusive,<br><br>         Defendants. | Civil Action No.: 1:14-cv-11933-JGD |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 5, 2014

                                        Respectfully submitted,

                                        PLAINTIFF, Pauline Camillo

                                        /s/ Sergei Lemberg

                                        Sergei Lemberg, Esq.
                                        B.B.O. No.: 650671
                                        **LEMBERG LAW, L.L.C.**
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg